## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ZACHARY LOUVIERE**                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 21-1516**

**SEACOR MARINE, LLC, ET AL**                     **SECTION: "H"**

## ORDER

On June 2, 2021, Falcon Global Offshore II LLC, as owners, SEACOR Marine LLC, as manager/operator, and SEACOR Liftboats LLC as alleged owners/operators of the SEACOR POWER (collectively, "Petitioners") filed a Complaint for exoneration from or limitation of liability for all claims, loss, damage, injury, or death caused on April 13, 2021, when the SEACOR POWER capsized in the Gulf of Mexico.[1] On June 4, 2021, this Court issued an Order approving Petitioner's letter of undertaking, directing the issuance of the Notice, and restraining prosecution of related claims.[2] In accordance with the attached Order and Notice,

**IT IS ORDERED** that this matter is hereby **STAYED**.

New Orleans, Louisiana this 20th day of August, 2021.

---

[1] Case No. 2:21-cv-01062-JTM-JVM, Doc. 1.
[2] Case No. 2:21-cv-01062-JTM-JVM, Doc. 5.

1

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE